Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs, and all others similarly situated.*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CANTU & MIGUEL ESPARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORTUNE BRANDS INNOVATIONS GROUP, INC., a DELAWARE corporation d/b/a WWW.MOEN.COM,<br><br>Defendants. | Case No. 2:25-cv-02989-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFFS AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS** |

NOW COME THE PLAINTIFFS, TANYA CANTU and MIGUEL ESPARZA, by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiffs and without prejudice as to the putative class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

Notice of Dismissal - 1

RESPECTFULLY SUBMITTED this 20th day of May, 2025.

By: /s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On May 20, 2025, I served a true copy of the Notice of Voluntary Dismissal on all counsel of record via the ECF Filing System:

Executed on May 20, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
Attorney for Plaintiffs